IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME ARRINGTON,

    Plaintiff,

v.                                                             Civil Action No. **3:12CV750**

PRINCE WILLIAM MANASSAS ADULT DETENTION
CENTER CLASSIFICATION COMMITTEE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 18, 2012, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. § 1914(a). Plaintiff's actions demonstrate a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4/23/13
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge